**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **STEVEN WAYNE QUICK,  ID#1243617,** )<br>            Petitioner, ) | |
| vs.                                     ) | No. 3:15-CV-2559-N (BH) |
|                                            ) | |
| **WILLIAM STEPHENS, Director,**      )<br>**Texas Department of Criminal**       )<br>**Justice, Correctional Institutions Division,** )<br>            Respondent.           ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The motion for documentary transcripts without cost (doc. 4) is **DISMISSED.**  By separate judgment, the petition for writ of habeas corpus under 28 U.S.C. § 2254 will be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

SIGNED this 24th day of August, 2015.

_____
**UNITED STATES DISTRICT JUDGE**